[767 NYS2d 355]

In the Matter of Radisson Community Association, Inc., Appellant, v Donald J. Long, as Acting Assessor of Town of Lysander, et al., Respondents, and Baldwinsville Central School District, Intervenor-Respondent. (Appeal No. 2.)

Fourth Department, November 21, 2003

## APPEARANCES OF COUNSEL

*Hancock & Estabrook, LLP*, Syracuse (*Ashley D. Hayes* of counsel), for appellant.

*Coulter, Ventre & Mc Carthy, L.L.P.*, Syracuse (*Robert D. Ventre* of counsel), for respondents.

*O'Hara & O'Connell*, Syracuse (*James J. O'Connell* of counsel), for intervenor-respondent.

## OPINION OF THE COURT

HAYES, J.

Same opinion by HAYES, J., as in *Matter of Radisson Community Assn. v Long* (3 AD3d 135 [2003]).

PIGOTT, Jr., P.J., GREEN, SCUDDER, and KEHOE, JJ., concur.

It is hereby ordered that the order so appealed from be and the same hereby is unanimously affirmed, without costs.